UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80168-CR-HURLEY/VITUNAC
29 U.S.C. § 501(c)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVON LOUIS,
a/k/a "Evon Lewis,"

    Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.

SEP 2 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

From in or about December, 2003, through in or about September, 2004, in West Palm Beach, Palm Beach County, in the Southern District of Florida, the defendant,

**EVON LOUIS,
a/k/a "Evon Lewis,"**

knowingly and willfully, while employed by the United Brotherhood of Carpenters, LU 130, a labor organization engaged in an industry affecting interstate commerce, embezzled, stole, abstracted and converted to her own use or the use of another, the moneys, funds,

securities, property, or other assets of said labor organization by writing herself at least sixteen (16) unauthorized checks totaling $11,635.57 drawn on the labor organization's checking account.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 05-80168-DTKH-CR |
| vs. | |
| EVON LOUIS, a/k/a "Evon Lewis," Defendant / | **CERTIFICATE OF TRIAL ATTORNEY*** <br> Superseding Case Information: |

**Court Division:** (Select One)

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

___ Miami     ___ Key West
___ FTL   _X_ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   ___

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No.   N/A
   Related Miscellaneous numbers:   N/A
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of   N/A
   Rule 20 from the   N/A   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

_____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501

Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:   EVON LOUIS, a/k/a "Evon Lewis"

Case No. _____

Count #: 1

29 USC § 501(c)

_____

*Max. Penalty: 5 Years Imprisonment; $10,000 Fine

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

Count #:

_____

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. 05-80168-CR-DTKH

# UNITED STATES DISTRICT COURT

__Southern__ *District of* __Florida__

__Northern__ *Division*

## THE UNITED STATES OF AMERICA

vs.

EVON LOUIS, a/k/a "Evon Lewis,"

## INDICTMENT

29 USC § 501(c)

A true bill.

_____
Foreman

Filed in open court this _____ day

of September, A.D. 2005.

_____
Clerk

Bail. $ _____

GPO 863 928